IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| BRANCH BANKING AND TRUST COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALLEN R. DIXON, individually, )<br>and doing business as AMERICAN )<br>EAGLE )<br>)<br>Defendant. ) | CASE NO. 3:12-cv-00777<br>(WO) |

## DEFAULT JUDGMENT AND ORDER

Defendant Allen R. Dixon, individually and doing business as American Eagle, having failed to plead or otherwise defend in this action and default having been properly and duly entered, this court directs that judgment issue in favor of plaintiff Branch Banking and Trust Company and against defendant Allen R. Dixon, individually and doing business as American Eagle; and it is:

ORDERED, ADJUDGED, AND DECREED that the motion for default judgment (doc. no. 10) is granted and that plaintiff BRANCH BANKING AND TRUST COMPANY have and recover from defendant ALLEN R. DIXON,

individually and doing business as AMERICAN EAGLE, the amount of $107,646.02, which amount includes the costs of this action, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

Dated this 24th day of July, 2013.

    /s/ Myron H. Thompson
    MYRON H. THOMPSON
UNITED STATES DISTRICT JUDGE